UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

ANDREW MICKLER

Case No. 03-34626
Chapter 7

Debtor(s)

## FINAL REPORT AND ACCOUNT OF TRUSTEE, APPLICATION FOR COMMISSION AND REIMBURSEMENT OF TRUSTEE EXPENSES, APPLICATION TO DISBURSE FUNDS OF ESTATE, APPLICATION TO ABANDON, OBJECTION TO CLAIMS, AND APPLICATION FOR DISCHARGE OF TRUSTEE

By and through counsel the undersigned Trustee respectfully submits this final report, account and application:

1.      That A. Burton Shuford is the duly qualified and acting trustee in the above-referenced case (the "Trustee").

2.      Upon appointment herein, the Trustee examined the debtor(s), or as applicable, the debtor's officers or principals, and investigated into matters concerning the administration of this estate.

3.      The Trustee has examined into the amount paid prior to the filing of the debtor(s)' petition to any attorney for the debtor(s) for services rendered or to be rendered in connection with this bankruptcy proceeding. No payment appears to have been made except as stated in the petition.

4.      The Trustee has now administered all of the assets of this estate known to the Trustee; the time for filing claims herein has expired; and this estate is ready to be closed. The Trustee has examined the claims filed herein to the extent warranted.

5.      Pursuant to Fed. R. Bankr. P. 2016, the Trustee states that he has not directly or indirectly shared or agreed to share the commissions and reimbursed expenses paid or allowed in this case with any person, nor has he shared or agreed to share in the compensation of any person rendering services in this case in violation of 11 U.S.C. Section 504.

6.      The Trustee respectfully requests that he be allowed a reasonable commission and expenses of administration as shown on the attached "EXHIBIT C", hereby incorporated by reference.

7.      The Trustee respectfully alleges and represents that the value of his services herein is reasonably worth the amount of maximum compensation permitted by 11 U.S.C. Section 326(a).

8.      The Trustee proposes to abandon all books and records of the debtor(s) or alternatively, to destroy any books and records not claimed by the debtor(s) or the Internal Revenue Service within thirty (30) days of the Order Approving Final Report and Authorizing Disbursement.

9.      Attached hereto, marked "EXHIBIT A", and hereby incorporated by reference, is a true and complete account of all monies received by the Trustee.

10.     Attached hereto, marked "EXHIBIT B", and hereby incorporated by reference, is a statement of the computation of the Trustee's compensation and his expenses, if any, in this case.

11.     Attached hereto, marked "EXHIBIT C", and hereby incorporated by reference, is a schedule of proposed final disbursements of all estate funds in this case, including any amounts previously disbursed pursuant to prior order of this Court or in reliance upon approval of this final report and account.

12.     The Trustee objects to all late filed claims, including those filed after the date of this Report. The Trustee also objects to any claims in "EXHIBIT C" to which the Trustee has noted a specific objection.

**WHEREFORE**, the Trustee prays that an Order be entered:

1.     approving and confirming the Trustee's final report and account;

2.     granting the Trustee's application for commissions and reimbursement of expenses;

3.     ordering a final distribution of funds of the estate;

4.     relieving the Trustee of all liability for any and all taxes in or on account of or alleged in any manner to be due by this estate or the Trustee;

5.     discharging the Trustee upon payment of all amounts as directed by the Court's order of final distribution;

6.     authorizing the Trustee to abandon any books and records and any property of the debtor disclosed in the bankruptcy schedules or identified in this bankruptcy and not otherwise liquidated for the estate; and

7.     sustaining the Trustee's objections.

Respectfully submitted this 6th day of June, 2005.

s/s A. Burton Shuford
A. Burton Shuford, Trustee
N.C. State Bar No. 10035
Shuford, Hunter & Brown, P.A.
301 South McDowell Street
Suite 1012
Charlotte, NC 28204
Telephone: (704) 377-0280
Fax: (704) 377-8666

Andrew Mickler

**EXHIBIT A**
**LIST OF ALL MONIES RECEIVED BY TRUSTEE**

Case No. 03-34626

| Estate Income Source | Purpose for Deposit | Amount |
|---|---|---|
| | | |
| A. Douglas Mickler | Non Exempt Assets | $750.00 |
| Blue Water Marine | Deposit for Purchase of World Cat B | $2,000.00 |
| Julia A Barber | Purchase of Boat (World Cat B) | $14,500.00 |
| MICKLER PROPERTIES, II | Purchase of Debtor's Interest in Mickler Properties II | $10,000.00 |
| JPMORGAN CHASE BANK | Post Petition Interest | $20.98 |
| BANK OF AMERICA, N.A. | Post Petition Interest | $8.00 |
| **TOTAL RECEIPTS** | | **$27,278.98** |

Andrew Mickler

**EXHIBIT B**
**TRUSTEE'S COMPENSATION**

Case No. 03-34626

| Computation of Compensation | | | | | |
|---|---|---|---|---|---|
| **Total Disbursements/Other than Debtor** | | | | $ | 27,278.98 |
| 25% of First $5,000 | $ | 5,000.00 | | $ | 1,250.00 |
| 10% of next $45,000 | $ | 45,000.00 | | $ | 2,227.90 |
| | | | | | |
| | | | | | |
| **Calculated Total Compensation** | | | | $ | 3,477.90 |
| Plus Adjustment | Voluntary Reduction | | | $ | |
| **Total Compensation** | | | | $ | 3,477.90 |
| Less Previously Paid | | | | $ | 0.00 |
| **Total Compensation Requested** | | | | $ | 3,477.90 |
| | | | | | |
| **Trustee Expenses** | | | | | |
| | | | | | |
| Premium on Trustee's Bond | | | | $ | - |
| Plus Adjustment | Voluntary Reduction | | | $ | 122.73 |
| Travel | | | | $ | - |
| Copies | | | | $ | - |
| Postage | | | | $ | |
| Telephone Charges | | | | $ | |
| Clerical/Secretarial | | | | $ | |
| Paralegal/Assistants | | | | $ | |
| Supplies/Stationery | | | | $ | |
| Distribution Expenses | | | | $ | |
| Professional Expenses | | | | $ | |
| | | | | $ | |
| **Subtotal Expenses** | | | | $ | 122.73 |
| Plus Adjustment | | | | $ | |
| **Total Expenses** | | | | $ | 122.73 |
| Less Previously Paid | | | | $ | 0.00 |
| **Total Expenses Requested** | | | | $ | 122.73 |

Andrew Mickler

Case No. 03-34626

## EXHIBIT C
## DISBURSEMENTS OF TRUSTEE

| Name | Claim # | Category | Claim Purpose/Notes | Amount Claimed | Amount Allowed | Previous Payment | Proposed Distribution |
|---|---|---|---|---|---|---|---|
| CABARRUS COUNTY TAX COLLECTOR | 5 | Secured | Objection Filed by Trustee, Court Order Disallowing Claim; Amended by Claim #6 | $ 1,824.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| A. BURTON SHUFORD, TRUSTEE | 14 | Administrative | Trustee Compensation | $ 3,477.90 | $ 3,477.90 | $ 0.00 | $ 3,477.90 |
| A. BURTON SHUFORD, TRUSTEE | 14 | Administrative | Trustee Expenses | $ 122.73 | $ 122.73 | $ 0.00 | $ 122.73 |
| CAROLINA COPY SERVICES | 14 | Administrative | Mailing Costs | $ 238.59 | $ 238.59 | $ 238.59 | $ 0.00 |
| ONE TO ONE REALTY | 11 | Administrative | Broker Prince Opinion | $ 50.00 | $ 50.00 | $ 50.00 | $ 0.00 |
| BOWERS CPA, EDWARD P. | 13 | Administrative | Accountant for Trustee Fees | $ 408.75 | $ 408.75 | $ 0.00 | $ 408.75 |
| HARRY P. STAMPLER, INC. | 12 | Administrative | Appraiser for Trustee Fees | $ 950.00 | $ 950.00 | $ 0.00 | $ 950.00 |
| SHUFORD, HUNTER & BROWN | 16 | Administrative | Attorney for Trustee Fees | $ 4,422.84 | $ 4,422.84 | $ 3,128.84 | $ 1,294.00 |
| SHUFORD, HUNTER & BROWN | 9 | Administrative | Attorney for Trustee Expenses | $ 148.56 | $ 148.56 | $ 61.06 | $ 87.50 |
| CABARRUS COUNTY TAX COLLECTOR | 9 | Priority | Taxes | $ 511.69 | $ 511.69 | $ 0.00 | $ 511.69 |
| CABARRUS COUNTY TAX COLLECTOR | 6 | Priority | Objection Filed by Trustee, Court Order Disallowing Claim; Amended by Claim #6 | $ 16.48 | $ 0.00 | $ 0.00 | $ 0.00 |
| COASTAL FEDERAL CREDIT UNION | 5A | Unsecured | General Unsecured 726(a)(2) | $ 10,733.58 | $ 10,733.58 | $ 0.00 | $ 2,475.69 |
| RSC RENTAL | 1 | Unsecured | General Unsecured 726(a)(2) | $ 17,915.04 | $ 17,915.04 | $ 0.00 | $ 4,132.09 |
| DISCOVER BANK | 2 | Unsecured | General Unsecured 726(a)(2) | $ 14,813.50 | $ 14,813.50 | $ 0.00 | $ 3,416.72 |
| JACK BARBEE | 3 | Unsecured | General Unsecured 726(a)(2) | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 6,919.48 |
| CABARRUS COUNTY TAX COLLECTOR | 4 | Unsecured | General Unsecured 726(a)(2) | $ 17.07 | $ 17.07 | $ 0.00 | $ 3.94 |
| **TOTALS** | 6A | | | $ 85,650.89 | $ 83,810.25 | $ 3,478.49 | $ 23,800.49 |

**EXHIBIT C (cont.)**

| | | | |
|---|---|---|---|
| IV. | TOTAL DISBURSEMENTS (including any amounts previously disbursed) | | |
| A. | Administrative Claims | $ | 9,819.37 |
| B. | Priority Claims other than claims of Administration | $ | 511.69 |
| C. | Secured Claims | $ | 0.00 |
| D. | Unsecured Claims | $ | 16,947.92 |
| E. | Dividend to Equity Security Holders | $ | 0.00 |
| | **TOTAL DISBURSEMENTS** | $ | **27,278.98** |

**V.    MISCELLANEOUS DISBURSEMENTS**
[including any disbursements that are not to be included in computing Trustee's commission per 11 U.S.C. Sec. 327(a)]

A.                                                                    $ _____

B.

C.

        **TOTAL MISCELLANEOUS DISBURSEMENTS**          $ _____

VI.    RECONSILIATION OF RECEIPTS AND DISBURSEMENTS
        (If the combined total of IV. And V. above does not equal
        the total receipts as reported in Exhibit A, explain in
        detail below.)

        Combined total of disbursements in IV. And V. does equal the
total of receipts reported in Exhibit A.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:                   )

                          )        **CASE NO. 03-34626**

ANDREW MICKLER          )        **Chapter 7**

                          )

                          )

         **Debtor(s)**       )

## NOTICE OF APPLICATION TO CLOSE ESTATE
## AND DISBURSE FUNDS WITHOUT HEARING

To: Creditors, the debtor and other parties in interest:

      NOTICE IS HEREBY GIVEN that the undersigned, Trustee herein, has filed his Final Report and Applications with the Court for Commission and Reimbursement of Expenses, to Disburse Funds of the Estate, to Abandon and to be Discharged, requesting that this estate be closed without final hearing on the basis that the total receipts of this estate are $27,278.98 and the Trustee has proposed disbursements in accordance with the attached "Exhibit A" which is incorporated by reference. The distribution on each claim may be reduced by not more than 10% or $100, whichever is greater, without further notice.

### Your rights may be affected.
**You should read these papers carefully and discuss them with you attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to allow The Final Report and Account of Trustee, or if you want the court to consider your views on The Final Report and Account of Trustee, then on or before July 6, 2005 you or your attorney must file with the Court a written response to The Final Report and Account of Trustee which response must comply with local Bankruptcy Rule 9013-1 at:

Clerk United States Bankruptcy Court
United States Bankruptcy Court
P.O. Box 34189
Charlotte, NC  28234

      If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  You must also mail a copy to:

A. Burton Shuford
Shuford, Hunter & Brown, P.A.
301 S. McDowell St., Suite 1012
Charlotte, N.C. 28204

No hearing will be held on this motion unless a response is timely filed and served, in which case, the Court will conduct a hearing on July 14, 2005 at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

NOTICE IS FURTHER GIVEN that the Trustee proposes to abandon any property of the debtor(s) disclosed in its bankruptcy schedules and not otherwise liquidated for the estate, including, but not limited to all uncollected accounts receivable and notes.

NOTICE IS FURTHER GIVEN that pursuant to the Bankruptcy Code and the Rule of Bankruptcy Procedure, the Trustee has requested that this estate be closed and that the balance of funds on hand be paid as set forth in the attached Exhibit A.

NOTICE IS FURTHER GIVEN that the Trustee proposed to abandon the books and records of the debtor(s) to the debtor(s) or to officers of the debtor should it be a corporation or, in the alternative, to the Internal Revenue Service, if any request is made to the Trustee. Should no request be made to the Trustee for the books and records within thirty (30) days from the date of an Order of Distribution herein, that the Trustee be authorized to destroy the books and records without further notice.

NOTICE IS FURTHER GIVEN that if any party desires to object to the closing of this estate as set forth above and the disbursements as set forth above, such objecting party must file a written objection with the Court within thirty (30) days from the date of this Notice and request that the Court schedule a hearing in regard to the closing of this estate. A copy of the objection must be served upon the Trustee at the address stated below. If no such written objections are filed within the time period stated herein, the Court will rule upon the Trustee's Final Report and Applications based upon the record before it.

NOTICE IS FURTHER GIVEN that the Trustee has objected to any claim filed by any creditor that was filed after the claims bar date as set by Order of the Court in this case. Any creditor having filed a claim after the claims bar date will have its claim disallowed unless it files a document in Court stating that it has filed a late claim, and that it desires to be heard on allowance of said claim.

Dated this 6th day of June, 2005.

s/s A. Burton Shuford

A. Burton Shuford
Shuford, Hunter & Brown, P.A.
301 South McDowell Street
Suite 1012
Charlotte, NC  28204
(704) 377-0280

## UNITED STATES BANKRUPTCY COURT
### FOR THE
### WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                   )
**Andrew Douglas Mickler**               )        **Bankruptcy No. 03-34626**
                                         )        **Chapter 7**
                                         )
                                         )
_____Debtor(s)_____)_____

### APPLICATION FOR FINAL COMPENSATION AND
### REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR THE TRUSTEE

The Application of Shuford, Hunter & Brown, PA a professional association consisting of A. Burton Shuford, G. Martin Hunter, and Thomas D. Brown respectfully represents:

1. Your applicant is the attorney for A. Burton Shuford, Chapter 7 trustee, and makes this application for final allowance of compensation for professional services rendered and for reimbursement for actual and necessary costs and expenses incurred by it in the administration of the Debtor's estate.

2. This case was commenced by the filing of a Chapter 7 Bankruptcy petition on December 15, 2003.

3. A. Burton Shuford was appointed Chapter 7 trustee of the debtor by order of this court entered December 15, 2003.

4. The Trustee filed his "Application by Trustee to Employ Attorney for Trustee" (the "Application") along with the "Affidavit for Proposed Attorney for the Trustee" of A. Burton Shuford of Shuford, Hunter & Brown, P.A. (the "Firm") with the Court January 23, 2004.   The Court approved the Trustee's "Application to Employ Attorney for the Trustee" by Order dated February 4, 2004.

### COMPENSATION PAID OR PROMISED AND ITS SOURCE

5. Your applicant has previously filed applications seeking allowance of fees and reimbursement of expenses in this case in the amount of $3,189.90.

6. There is no agreement or understanding between your applicant and any other person or firm, other than the members of your applicant's law firm, for the sharing of compensation to be received for services rendered in this case.

7. Attached hereto as Exhibit A is a detailed computer generated time account for each attorney and paralegal who rendered services in connection with this representation.

| Professional Name | Hourly Rate | Time Spent | | Total |
|---|---|---|---|---|
| A. Burton Shuford, Trustee Time | $0 | .80 hours | $ | 0.00 |
| A. Burton Shuford, Attorney | $240.00 per hour | 4.10 hours | $ | 984.00 |
| Janice Marshall, Paralegal | $100.00 per hour | 1.60 hours | $ | 160.00 |
| Kat W. Elliott, Paralegal | $100.00 per hour | 1.50 hours | $ | 150.00 |

## VALUATION OF SERVICES

8.  The rates of compensation of attorneys and supporting personnel agreed to by the Trustee are the usual, reasonable fees charged by the firm for those professionals.

9.  The reasonable value of the services rendered by your applicant as attorney for the Trustee in this case is $1,294.00.

10.  Your applicant believes that the compensation requested and reimbursement of expenses is reasonable based upon the factors set out in 11 U.S.C. Section 330(a)(3).

WHEREFORE, your applicant prays that the Court authorize the payment of final compensation for attorney and paralegal services in the amount of $1,294.00 and expenses in the amount of $87.50.

This the 6th day of June, 2005.

s/s A. Burton Shuford
A. Burton Shuford
Attorney for Trustee
SHUFORD, HUNTER & BROWN, P.A.
301 S. McDowell St., Ste. 1012
Charlotte, NC  28204
(704) 377-0280 ext. 212

**SHUFORD, HUNTER & BROWN, P.A.**
**314 West 4th street**
**Charlotte, NC 28204**
**Telephone: (704) 377-0280**
**Fax: (704) 377-8666**
**TAX ID# 56-1785859**

Page: 1
st. Andrew Douglas Mickler                         March 15, 2005
1141 27th Avenue                          Account No:   106-2107
Vero Beach  FL  32960                     Statement No:     5266

Attn: Robertson

03-34626  Filed 12
Cellular # in FLA 407-509-3082

### Services Rendered

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **12/10/04** | | | | |
| ABS | reate Document - begin to draft motion to sell interest in Mickler Properties II | 240.00 | 0.40 | 96.00 |
| **12/13/04** | | | | |
| ABS | Create Document - fee order | 240.00 | 0.20 | 48.00 |
| ABS | Create Document - motion to sell stock | 240.00 | 0.40 | 96.00 |
| ABS | Create Document - motion to sell stock | 240.00 | 0.40 | 96.00 |
| **12/14/04** | | | | |
| ABS | Create Document - complete motion to sell stock | 240.00 | 0.90 | 216.00 |
| **12/16/04** | | | | |
| JLM | Miscellaneous Edit Fee order and send to court for entry | 100.00 | 0.30 | 30.00 |
| **12/20/04** | | | | |
| JLM | Miscellaneous edit motion to sell interest to Mickler Family properties  and update matrix | 100.00 | 0.40 | 40.00 |
| JLM | Miscellaneous file motion to sell interest to Mickler family property and e-mail documents to carolina copy for service | 100.00 | 0.30 | 30.00 |
| **01/06/05** | | | | |
| ABS | Review File re stock sale motion | 240.00 | 0.10 | 24.00 |
| **01/07/05** | | | | |
| ABS | Create Document - order allowing sale of stock in Mickler Propeties | 240.00 | 0.40 | 96.00 |
| **01/14/05** | | | | |
| ABS | Telephone Call Teresa Wilson re sale of Kannapolis property | 240.00 | 0.10 | 0.00 |

st. Andrews Roy Bock   Case 03-34626   Doc 42   Filed 06/08/05   Entered 06/08/05 13:16:09   Desc Main
Document   Page 12 of 28

Page: 2
Account No: 106-2107
Statement No:   5266

03-34626  Filed 12
Cellular # in FLA 407-509-3082


|  | | Rate | Hours | |
|---|---|---|---|---|
| 01/18/05 | | | | |
| ABS | Trustee Time - review file re sale of 829 South main street | 240.00 | 0.30 | 0.00 |
| ABS | Trustee Time - Telephone Conference Teresa Wilson and Robertson re sale of Kannapolis property | 240.00 | 0.20 | 0.00 |
| 01/19/05 | | | | |
| ABS | Trustee Time - Telephone Conference Robertson re address for ex spouse; memo to file re same | 240.00 | 0.20 | 0.00 |
| 01/24/05 | | | | |
| JLM | Miscellaneous f/up and pull order to sell stocks | 100.00 | 0.20 | 20.00 |
| 01/31/05 | | | | |
| JLM | Miscellaneous letter to Keith Johnson with order | 100.00 | 0.20 | 20.00 |
| 02/22/05 | | | | |
| ABS | Create Document - bill of sale | 240.00 | 0.30 | 72.00 |
| 02/23/05 | | | | |
| JLM | Miscellaneous p/c with Keith Johnson's office to follow up on settlement | 100.00 | 0.20 | 20.00 |
| 03/15/05 | | | | |
| ABS | Close Estate, review final documents | 240.00 | 1.00 | 240.00 |
| KWE | Close Estate, Discuss case with Trustee, Prepare final documents, File and Serve Same | 100.00 | 1.50 | 150.00 |
| | For Current Services Rendered | | 8.00 | 1,294.00 |

### Expenses

| | | |
|---|---|---|
| 03/15/05 | Final Mailing Costs | 87.50 |
| | Total Expenses | 87.50 |
| | Total Current Work | 1,381.50 |
| | Previous Balance | $3,189.90 |

### Payments

| | | |
|---|---|---|
| 12/21/04 | Client Payment | -3,189.90 |

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

IN RE:                              )
                                    )
Mickler, Andrew                     )    Case # C-B-03-34626
                                    )
                                    )
          Debtor                    )

APPLICATION FOR ACCOUNTANT'S FEES AND

REIMBURSEMENT OF EXPENSES

    Edward P. Bowers, Certified Public Accountant, respectfully represents to the Court as follows:

    1.   That pursuant to Order of this Court, he was authorized to act as accountant for the debtor herein.

    2.   In his service for the debtor, your applicant has performed the services enumerated on the attached Exhibit "A" which is incorporated herein by reference.

    3.   Your applicant feels that he has rendered valuable service to the debtor herein and request enumeration totaling the sum of $ 408.75.

Dated: May 4, 2005

                                  _____
                                  Edward P. Bowers
                                  Middleswarth, Bowers & Co., L.L.P.
                                  219-A Wilmot Drive
                                  Gastonia, NC  28054

Mickler, Andrew                                    Date 05/04/05
C-B-03-34626

------------------------------------------------------------------
USER SUMMARY
------------------------------------------------------------------
|     |                   | Title      | Hours | Rate   | Total  |
|-----|-------------------|------------|-------|--------|--------|
| EPB | Edward P. Bowers  | Partner    | 1.75  | 185.00 | 323.75 |
| PMA | Pamela M. Lutz     | Bookkeeper | 1.00  | 85.00  | 85.00  |

                         Total Fees                      408.75

Mickler, Andrew                                    INVOICE NO.:  0008811-IN
03-34626                                           DATE:        05/03/05
                                                   CLIENT CODE: 0334626

                                                   PAGE NO.:     1
--------------------------------------------------------------------------------
FOR PROFESSIONAL SERVICES RENDERED:                HOURS        AMOUNT
--------------------------------------------------------------------------------

03/30/05    Edward P. Bowers                        .25           46.25
            CASE ADMINISTRATION AND BUSINESS OPERATIONS;
            Review file and information re: taxes. Email to
            trustee
04/25/05    Edward P. Bowers                       1.50          277.50
            Preparation of estate return
05/02/05    Pamela M. Lutz                         1.00           85.00
            CASE ADMINISTRATION AND BUSINESS OPERATIONS;
            Prepare application, declaration, photocopies and
            prompt assessements.

                                                              ------------
                                        TOTAL FEES:             408.75


                                                              ------------
                                        AMOUNT DUE:             408.75

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| **Andrew Douglas Mickler** | ) | **Bankruptcy No. 03-34626** |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |
| _____ **Debtor(s)** | ) | _____ |

## NOTICE OF APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR THE TRUSTEE

Please take notice that on June 6, 2005 A. BURTON SHUFORD OF SHUFORD, HUNTER & BROWN, P.A., Attorney for the Trustee, filed his Application for Final Compensation and Reimbursement of Expenses incurred in this case. The above-referenced application is on file with the Bankruptcy Court for inspection by any interested party.

A. BURTON SHUFORD, OF SHUFORD, HUNTER & BROWN, P.A., Attorney for the Trustee, is requesting allowance of attorney and paralegal fees totaling $1.294.00 and expenses in the amount of $87.50.

### Your rights may be affected.
**You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow The Application for Final Compensation by Attorney for the Trustee, or if you want the court to consider your views on the Application for Final Compensation, then on or before July 6, 2005 you or your attorney must file with the Court a written response to the Application for Final Compensation which response must comply with local Bankruptcy Rule 9013-1 at:

Clerk United States Bankruptcy Court
United States Bankruptcy Court
P. O. Box 34189
Charlotte, NC 28234

If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also mail a copy to:

### *A. Burton Shuford*

Shuford, Hunter & Brown, P.A.
301 S. McDowell St., Suite 1012
Charlotte, N.C. 28204.

No hearing will be held on this motion unless a response is timely filed and served, in which case, the Court will conduct a hearing on July 14, 2005, at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

This the 6th day of June, 2005.

SHUFORD, HUNTER & BROWN, P.A.

*s/s A. Burton Shuford*
A. Burton Shuford
Attorney for the Trustee
301 S. McDowell Street, Suite 1012
Charlotte, NC 28204
(704) 377-0280 Ext. 212
NC Bar No. 10035

## UNITED STATES BANKRUPTCY COURT
### FOR THE
### WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                )
Andrew Douglas Mickler   )     **Bankruptcy No. 03-34626**
                          )     **Chapter 7**
                          )
                          )
             Debtor(s)   )

## NOTICE OF APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ACCOUNTANT FOR THE TRUSTEE

Please take notice that on June 6, 2005, EDWARD P. BOWERS, Accountant for the Trustee, filed his Application for Final Compensation and Reimbursement of Expenses incurred in this case. The above-referenced application is on file with the Bankruptcy Court for inspection by any interested party.

Edward P. Bowers, Accountant for the Trustee, is requesting allowance of accountant's fees and expenses totaling $408.75.

<u>**Your rights may be affected.**</u>
**You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow The Application for Final Compensation by Accountant for the Trustee, or if you want the court to consider your views on the Application for Final Compensation, then on or before July 6, 2005 you or your attorney must file with the Court a written response to the Application for Final Compensation which response must comply with local Bankruptcy Rule 9013-1 at:

Clerk United States Bankruptcy Court
United States Bankruptcy Court
P. O. Box 34189
Charlotte, NC 28234

If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also mail a copy to:

A. Burton Shuford
Shuford, Hunter & Brown, P.A.
301 S. McDowell St., Suite 1012
Charlotte, N.C. 28204.

No hearing will be held on this motion unless a response is timely filed and served, in which case, the Court will conduct a hearing on July 14, 2005, at the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

This the 6th day of June, 2005.

SHUFORD, HUNTER & BROWN, P.A.

*s/s A. Burton Shuford*
A. Burton Shuford
Attorney for the Trustee
301 S. McDowell Street, Suite 1012
Charlotte, NC  28204
(704) 377-0280 Ext. 212
NC Bar No. 10035

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                      )
                                            )          CASE NO. 03-34626
ANDREW MICKLER                              )          Chapter 7
                                            )
                                            )
_____Debtor(s)_____)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the **Final Report and Account of Trustee, Application for Commission and Reimbursement of Trustee Expenses, Application to Disburse Funds of Estate, Application to Abandon and To Discharge Trustee, Final Application for Fees by Attorney for the Trustee and Final Application for Fees by Accountant for the Trustee** by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the parties listed below:

John W. Bramlett
Bankruptcy Administrator
Via Electronic Filing

Andrew Mickler
1141 27th Avenue
Vero Beach, FL  32960

Travis W. Moon
Via Electronic Filing

This the 6th day of June, 2005.

s/s A. Burton Shuford
A. Burton Shuford
Shuford, Hunter & Brown, P.A.
301 South McDowell Street
Suite 1012
Charlotte, NC  28204
(704) 377-0280

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:         )
            )  **CASE NO. 03-34626**
ANDREW MICKLER    )  **Chapter 7**
            )
            )
      **Debtor(s)**   )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the **Notice of to Close Estate and Disburse Funds Without A Hearing; Notice of Application for Final Compensation by Attorney for the Trustee and Notice of Application for Final Compensation by Accountant for the Trustee** by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the parties listed on the attached Exhibit A:

This the 6th day of June, 2005.

s/s A. Burton Shuford
A. Burton Shuford
Shuford, Hunter & Brown, P.A.
301 South McDowell Street
Suite 1012
Charlotte, NC  28204
(704) 377-0280

03-34626
Andrew Mickler

# Creditors

Action Communications & Technology System
P. O. Box 5330
Concord, NC 28027-9998

Bell South
P. O. Box 70807
Charlotte, NC 28272-0807

Bell South Advertising & Publishing Corp
P. O. Box 105852
Atlanta, GA 30348-5852

Bell South Yellow Pages
P. O. Box 70807
Charlotte, NC 28272-0807

BP Amoco
P. O. Box 9076
Des Moines, IA 50368-9076

Breakers Unlimited
15241 Stoney Creek Way
Noblesville, IN 46060

Bryant Electric Supply
P. O. Box 1000
Lowell, NC 28098-1000

Cabarrus County Tax Collector
P. O. Box 707
Concord, NC 28026

Carolina Base Installers
8318 Pineville-Matthews Rd., #281-G
Charlotte, NC 28226

Carolina Farm Credit Bank
P. O. Box 100285
Columbia, SC 29202

CED-Credit
P. O. Box 1510

Cary, NC 27512-1510

Certified Electrical Distributors
7715 Park Place Rd.
York, SC 29745

Cingular Wireless
Charlotte, NC 28202

Cingular Wireless
P. O. Box 772349 - (NC/SC)
Ocala, FL 34477-2349

CNA Surety
CNA Plaza - 13 South
Chicago, IL 60685-0001

Coastal Federal Credit Union
P. O. Box 58429
Raleigh, NC 27658-8429

Coastal Federal Credit Union
P. O. Box 58429
Raleigh, NC 27658-8429

Coastal Federal Credit Union
P.O. Box 58429
Raleigh, NC 27609

Concrete Supply Company
P. O. Box 65161
Charlotte, NC 28265

County Electric Supply
P. O. Box 71446
2589 Oscar Johnson Drive
Charleston, SC 29405

County Electric Supply, Ltd.
P. O. Box 16707
Greensboro, NC 27416

Craig Rush
421 Bentonley Avenue
Charlotte, NC 28211

Discover Bank
Discover Financial Services
P.O. Box 8003
Hilliard, OH 43026

Discover Card
P. O. Box 3007
New Albany, OH 43054-3007

DTE Energy Technologies, Inc.
37849 Interchange Drive
Farmington Hills, MI 48335

E & W Electric, Inc.
1096 East Black St.
P. O. Box 190
Rock Hill, SC 39731

EDI
P. O. Box 35623
Charlotte, NC 28235-5623

Environmental Construction Services, Inc
P. O. Box 703
Matthews, NC 28106

ESCO Supply Group
P. O. Box 2389
Asheville, NC 28802

Faulk Brothers Hardware
5744 N. Tryon Street
Charlotte, NC 28202

First Citizens Bank & Trust
P. O. Box 560847
Charlotte, NC 28256

Folger Leasing Company
C/O Fletcher & Rhoton
316 East Worthington Avenue
Charlotte, NC 28203

Ford Motor Credit
Dept. 194101
P. O. Box 55000

Detroit, MI 48255-1941

Fuelman Fleet Card
P. O. Box 2359
Gastonia, NC 28053

GE Supply
P. O. Box 100275
Atlanta, GA 30384

GM Card
P. O. Box 80082
Salinas, CA 93912-0082

Graybar Electric Company
P. O. Box 668238
Charlotte, NC 28266

Home Depot
P. O. Box 9903
Macon, GA 31297-9903

Hughes Supply, Inc.
C/O Poyner & Spruill, LLP
301 S. College Street, Suite 2300
Charlotte, NC 28202

Internal Revenue Service
Memphis, TN 37501

Jack Barbee
8971 Quay Rd
Concord, NC 28027

Jack Barbie
801 Clanton Road, #105
Charlotte, NC 28217

Jerry W. Ellenburg
10678 Earnhardt Lake Road
Davidson, NC 28036

Life Safety & Communications Systems, In
P. O. Box 9121
Greenville, SC 29604

Little Hardware Co.
1400 South Mint Street
Charlotte, NC 28203

Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081-2226

Maddux
P. O. Box 20487
Greensboro, NC 27420

Marco Supply Company
P. O. Box 601548
Charlotte, NC 28260-1548

Michael A. Wheeler
12602 Tucker Crossing Lane
Charlotte, NC 28273

Miller Office Equipment Co.
100 East Park Avenue
Charlotte, NC 28203

Mobile Mini, Inc.
P. O. Box 79149
Phoenix, AZ 85062-9149

N.C. Dept. Of Revenue
1632 Mail Service Center
Raleigh, NC 27699-1632

NES Equipment Services
P. O. Box 277450
Atlanta, GA 30384-7450

Nextel Communications
P. O. Box 105816
Atlanta, GA 30348

Prime Equipment Rentals
P. O. Box 840514
Dallas, TX 75284-0514

RCB Centura Bank
P. O. Box 1220

Rocky Mount, NC 27802

Revis A. Mickler
1141 27th Avenue
Vero Beach, FL 32960

Revis A. Mickler And Mary C. Mickler
1141 27th Avenue
Vero Beach, FL 32960

Rexel
P. O. Box 2389
Asheville, NC 28802

Robert Mickler
1141 27th Avenue
Vero Beach, FL 32960

RSC Rental
C/O James F. Jordan, Esq.
8015 Creedmoor Road, #201
Raleigh, NC 27613

S.C. Department Of Revenue
P. O. Box 125
Columbia, SC 29214

Simplex Grinnell
100 Simplex Drive
Westminister, MA 01441-0001

Southeastern Electrical Distributors
P. O. Box 2445
Raleigh, NC 27609

Southeastern Pole Sales, Inc.
260 East Crossville Rd.
Roswell, GA 30075

Standard Lighting Distributors
4141-A Barringer Dr.
Charlotte, NC 28217

Sunbelt Rentals
P. O. Box 410968
Charlotte, NC 28241

U.S. Attorney
Suite 1700 The Carillon
227 West Trade Street
Charlotte, NC 28202

United Rentals
P. O. Box 100720
Atlanta, GA 30384-0720

W. W. Grainger
Dept. 128
837524461
Palatine, IL 60038-0001

Whiting Construction Co., Inc.
205 Old Mountain Road
Statesville, NC 28687