| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 03-34626<br>Western District of North Carolina<br>Charlotte<br>Fri Mar 15 15:03:51 EDT 2013 | U.S. Bankruptcy Administrator<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 |
| Action Communications & Technology Syste<br>P. O. Box 5330<br>Concord, NC 28027-1506 | BP Amoco<br>P. O. Box 9076<br>Des Moines, IA 50368-9076 | Bell South<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 |
| Bell South Advertising & Publishing Corp<br>P. O. Box 105852<br>Atlanta, GA 30348-5852 | Bell South Yellow Pages<br>P. O. Box 70807<br>Charlotte, NC 28272-0807 | Breakers Unlimited<br>15241 Stoney Creek Way<br>Noblesville, IN 46060-4380 |
| Bryant Electric Supply<br>P. O. Box 1000<br>Lowell, NC 28098-1000 | CED-Credit<br>P. O. Box 1510<br>Cary, NC 27512-1510 | CNA Surety<br>CNA Plaza - 13 South<br>Chicago, IL 60685-0001 |
| Cabarrus County Tax Collector<br>P. O. Box 707<br>Concord, NC 28026-0707 | Carolina Base Installers<br>8318 Pineville-Matthews Rd., #281-G<br>Charlotte, NC 28226-4753 | Carolina Farm Credit Bank<br>P. O. Box 100285<br>Columbia, SC 29202-3285 |
| Certified Electrical Distributors<br>7715 Park Place Rd.<br>York, SC 29745-7413 | Cingular Wireless<br>Charlotte, NC 28202 | Cingular Wireless<br>P. O. Box 772349 - (NC/SC)<br>Ocala, FL 34477-2349 |
| Coastal Federal Credit Union<br>P. O. Box 58429<br>Raleigh, NC 27658-8429 | Concrete Supply Company<br>P. O. Box 65161<br>Charlotte, NC 28265-0161 | County Electric Supply<br>P. O. Box 71446<br>2589 Oscar Johnson Drive<br>Charleston, SC 29405-6840 |
| County Electric Supply, Ltd.<br>P. O. Box 16707<br>Greensboro, NC 27416-0707 | Craig Rush<br>421 Bentonley Avenue<br>Charlotte, NC 28211 | DTE Energy Technologies, Inc.<br>37849 Interchange Drive<br>Farmington Hills, MI 48335-1024 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | E & W Electric, Inc.<br>1096 East Black St.<br>P. O. Box 190<br>Rock Hill, SC 29731-6190 | EDI<br>P. O. Box 35623<br>Charlotte, NC 28235-5623 |
| ESCO Supply Group<br>P. O. Box 2389<br>Asheville, NC 28802-2389 | Environmental Construction Services, Inc<br>P. O. Box 703<br>Matthews, NC 28106-0703 | Faulk Brothers Hardware<br>5744 N. Tryon Street<br>Charlotte, NC 28213-6899 |

| | | |
|---|---|---|
| First Citizens Bank & Trust<br>P. O. Box 560847<br>Charlotte, NC 28256-0847 | Folger Leasing Company<br>C/O Fletcher & Rhoton<br>316 East Worthington Avenue<br>Charlotte, NC 28203-4712 | Ford Motor Credit<br>Dept. 194101<br>P. O. Box 55000<br>Detroit, MI  48255-1941 |
| Fuelman Fleet Card<br>P. O. Box 2359<br>Gastonia, NC 28053-2359 | GE Supply<br>P. O. Box 100275<br>Atlanta, GA 30384-0275 | GM Card<br>P. O. Box 80082<br>Salinas, CA  93912-0082 |
| Graybar Electric Company<br>P. O. Box 668238<br>Charlotte, NC 28266-8238 | Home Depot<br>P. O. Box 9903<br>Macon, GA  31297-9903 | Hughes Supply, Inc.<br>C/O Poyner & Spruill, LLP<br>301 S. College Street, Suite 2300<br>Charlotte, NC 28202-6041 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jack Barbee<br>8971 Quay Rd<br>Concord, NC 28027-3377 | Jack Barbie<br>801 Clanton Road, #105<br>Charlotte, NC 28217-1365 |
| Jerry W. Ellenburg<br>10678 Earnhardt Lake Road<br>Davidson, NC 28036-7511 | Life Safety & Communications Systems, In<br>P. O. Box 9121<br>Greenville, SC 29604-9121 | Little Hardware Co.<br>1400 South Mint Street<br>Charlotte, NC 28203-4199 |
| Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 | Maddux<br>P. O. Box 20487<br>Greensboro, NC 27420-0487 | Marco Supply Company<br>P. O. Box 601548<br>Charlotte, NC 28260 |
| Michael A. Wheeler<br>12602 Tucker Crossing Lane<br>Charlotte, NC 28273-4743 | Miller Office Equipment Co.<br>100 East Park Avenue<br>Charlotte, NC 28203-4748 | Mobile Mini, Inc.<br>P. O. Box 79149<br>Phoenix, AZ  85062-9149 |
| N.C. Dept. Of Revenue<br>1632 Mail Service Center<br>Raleigh, NC  27699-1632 | NES Equipment Services<br>P. O. Box 277450<br>Atlanta, GA  30384-7450 | Nextel Communications<br>P. O. Box 105816<br>Atlanta, GA 30348-5816 |
| Prime Equipment Rentals<br>P. O. Box 840514<br>Dallas, TX  75284-0514 | RCB Centura Bank<br>P. O. Box 1220<br>Rocky Mount, NC 27802-1220 | RSC Rental<br>C/O James F. Jordan, Esq.<br>8015 Creedmoor Road, #201<br>Raleigh, NC 27613-4397 |
| Revis A. Mickler<br>1141 27th Avenue<br>Vero Beach, FL 32960-4001 | Revis A. Mickler And Mary C. Mickler<br>1141 27th Avenue<br>Vero Beach, FL 32960-4001 | Rexel<br>P. O. Box 2389<br>Asheville, NC 28802-2389 |

| | | |
|---|---|---|
| Robert Mickler<br>1141 27th Avenue<br>Vero Beach, FL 32960-4001 | S.C. Department Of Revenue<br>P. O. Box 125<br>Columbia, SC 29214-0001 | Simplex Grinnell<br>100 Simplex Drive<br>Westminster, MA 01441-0001 |
| Southeastern Electrical Distributors<br>P. O. Box 2445<br>Raleigh, NC 27602-2445 | Southeastern Pole Sales, Inc.<br>260 East Crossville Rd.<br>Roswell, GA 30075-3040 | Standard Lighting Distributors<br>4141-A Barringer Dr.<br>Charlotte, NC 28217-1574 |
| Sunbelt Rentals<br>P. O. Box 410968<br>Charlotte, NC 28241-0968 | U.S. Attorney<br>Suite 1700 The Carillon<br>227 West Trade Street<br>Charlotte, NC 28202-1675 | United Rentals<br>P. O. Box 100720<br>Atlanta, GA 30384-0720 |
| W. W. Grainger<br>Dept. 128<br>837524461<br>Palatine, IL 60038-0001 | Whiting Construction Co., Inc.<br>205 Old Mountain Road<br>Statesville, NC 28677-2065 | A. Burton Shuford<br>The Bain Group, PLLC<br>8320 University Executive Park Drive<br>Suite 110<br>Charlotte, NC 28262-1340 |
| Andrew Douglas Mickler<br>1141 27th Avenue<br>Vero Beach, FL 32960-4001 | Richard L. Robertson<br>Richard L. Robertson & Associates, P.A.<br>2730 East W.T. Harris Blvd., Suite 101<br>Charlotte, NC 28213-4063 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Bank<br>Discover Financial Services<br>P.O. Box 8003<br>Hilliard, OH 43026 | (d)Discover Card<br>P. O. Box 3007<br>New Albany, OH 43054-3007 | Internal Revenue Service<br>Memphis, TN 37501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AG First | (u)Coastal Federal Credit Union | (d)Coastal Federal Credit Union<br>P. O. Box 58429<br>Raleigh, NC 27658-8429 |
| (d)Coastal Federal Credit Union<br>P.O. Box 58429<br>Raleigh, NC 27658-8429 | (u)Edward P. Bowers | End of Label Matrix<br>Mailable recipients   73<br>Bypassed recipients    5<br>Total                  78 |