FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 17 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                )
                                      )
ANDREW DOUGLAS MICKLER                )    Case No. 03-34626
                                      )    Chapter 7
                                      )
                Debtor.               )

ORDER APPROVING AND AUTHORIZING PAYMENT OF FINDER'S FEE

Upon the Motion of A. Burton Shuford, Trustee, praying for approval of and authorization to pay a 25% finder's fee ("Finder's Fee") to the Results Team from recovered surplus proceeds from a foreclosure of Debtor's real property (the "Surplus Funds") filed on March 15, 2013 [Docket #71], and the court being satisfied that the Finder's Fee is fair and reasonable and payment of the Finder's Fee would be in the best interest of the estate, it is,

Ordered, that the Finder's Fee is hereby approved, and it is further

Ordered, that A. Burton Shuford, Trustee, is authorized to pay the Finder's Fee of $7,156.54 to the Results Team from the Surplus Funds.

This Order has been signed electronically.              United States Bankruptcy Court
The judge's signature and Court's seal
appear at the top of the Order.